IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| State of Idaho, et al., ) | |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| United States Environmental Protection ) | |
| Agency, et al., ) | Case No. 1:24-cv-100 |
| ) | |
| Defendants. ) | |

On September 9, 2024, the parties filed a Joint Proposed Scheduling Plan. (Doc. No. 44). The court **ADOPTS** the Parties' plan (Doc. No. 44). The schedule and page limits for briefing cross-motions for summary judgment on the merits are as follows:

| Filing | Due | Page limit |
|---|---|---|
| Plaintiffs' motion for summary judgment and memorandum in support | November 4, 2024 | 40 |
| EPA's combined cross-motion for summary judgment and response to Plaintiffs' motion | January 3, 2025 | 40 |
| Defendant-Intervenors' combined cross-motion for summary judgment and response to Plaintiffs' motion | January 17, 2025 | 30 |
| Plaintiffs' combined reply in support of motion and response to EPA's and Defendant-Intervenors' motions | February 18, 2025 | 40 |
| EPA's reply in support of cross-motion for summary judgment | March 20, 2025 | 10 |
| Defendant-Intervenors' reply in support of cross-motion for summary judgment | March 27, 2025 | 10 |
| Plaintiffs file joint deferred appendix | April 10, 2025 | |

The parties are relieved of the requirement in D.N.D. Civ. L. R. 7.1(A)(2) to include "a recitation of the material facts that the moving party claims are uncontested" and the requirement in D.N.D. Civ. L. R. 7.1(A)(3) to "state the facts upon which the party opposing summary judgment relies and . . . clearly identify those facts that the opposing party claims are contested and that require a trial."

**IT IS SO ORDERED.**

Dated this 17th day of September, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court