# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### WESTERN DIVISION

| | |
|---|---|
| **STATE OF IDAHO, STATE OF NORTH DAKOTA, et al.,** | |
| *Plaintiffs,* | **Case No. 1:24-cv-00100** |
| **v.** | **Hon. Daniel L. Hovland** |
| **U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,** | |
| *Defendants,* | |
| **NEZ PERCE TRIBE, et al.,** | |
| *Intervenor Defendants,* | |
| **UTE INDIAN TRIBE OF THE UINTAH AND OURAY RESERVATIONS,** | |
| *Intervenor Defendant.* | |

## JOINT STATUS REPORT

Counsel for Plaintiff States and counsel for Intervenor Defendants submit this joint status report.

1.  This Court stayed the proceedings in the case on August 7, 2025 for 40 days. Dkt. 100 at 1. That stay ended on September 16, 2025.

2.  Defendant EPA has withdrawn the following filings: Memorandum in Opposition to Plaintiffs' Motion for Stay and Preliminary Injunction, Dkt. 18; Defendants' Motion for Summary Judgment on the Merits, Dkt. 71; and Defendants' Combined Memorandum in Support of Their Motion for Summary Judgment on the Merits and

Opposition to Plaintiffs' Motion for Summary Judgment on the Merits, Dkt. 72. Dkt. 101 at 8.

3. Plaintiff States and Intervenors will meet and confer on September 25, 2025.

4. If the parties agree on an updated Joint Proposed Scheduling Plan, the parties will submit this plan to the Court on October 2, 2025, for its consideration.


  /s/ *Sean M. Corkery*           Date:  09/18/2025
SEAN M. CORKERY
Assistant Solicitor General
Idaho Office of the Attorney General
Counsel for the State of Idaho


  /s/ *Gussie Lord*           Date:  09/18/2025
GUSSIE LORD
Counsel for Nez Perce Tribe, et al.


  /s/ *Linda F. Cooper*           Date:  09/18/2025
LINDA F. COOPER
Counsel for Ute Indian Tribe of
the Uintah and Ouray Reservations


JOINT STATUS REPORT – 2

DREW H. WRIGLEY
Attorney General of North Dakota

/s/ Philip Axt
*Solicitor General*
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
Tel: (701) 328-2210
pjaxt@nd.gov
Counsel for the State of North Dakota


TREG TAYLOR
Attorney General of Alaska

/s/ Masha Kazakova
Masha Kazakova
*Assistant Attorney General*
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
(907) 269-5232
masha.kazakova@alaska.gov
Counsel for the State of Alaska


BRENNA BIRD
Attorney General of Iowa

/s/ Eric H. Wessan
Eric H. Wessan
*Solicitor General*
1305 E. Walnut Street
Des Moines, Iowa 50319
Tel : (515) 823-9117
eric.wessan@ag.iowa.gov
Counsel for the State of Iowa

JOINT STATUS REPORT – 3

MICHAEL T. HILGERS
Attorney General of Nebraska

/s/ Zachary A. Viglianco
Zachary A. Viglianco
*Deputy Solicitor General*
Office of the Attorney General of Nebraska
2115 State Capitol
Lincoln, NE 68509
(402) 471-2683
Zachary.Viglianco@nebraska.gov
Counsel for the State of Nebraska

ALAN WILSON
Attorney General of South Carolina

/s/ Joseph D. Spate
Joseph D. Spate
*Assistant Deputy Solicitor General*
Post Office Box 11549
Columbia, SC 29211
Tel: (803) 734-3371
josephspate@scag.gov
Counsel for the State of South Carolina

MARTY JACKLEY
Attorney General of South Dakota

/s/ Jennifer L. Verleger
Jennifer L. Verleger
*Assistant Attorney General*
South Dakota Attorney General's Office
1302 East Highway 14, Suite 1
Pierre, SD 57501
(605) 773-2243 (phone)
jennifer.verleger@state.sd.gov
Counsel for the State of South Dakota

BRIDGET HILL
Attorney General of Wyoming

/s/ Abigail Boudewyns
Abigail Boudewyns
*Senior Assistant Attorney General*
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
abigail.boudewyns@wyo.gov
Counsel for the State of Wyoming

ELIZABETH B. MURRILL
Attorney General of Louisiana

/s/ Kelsey L. Smith
Kelsey L. Smith
*Deputy Solicitor General*
Morgan Brungard
*Deputy Solicitor General*
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, Louisiana 70804
Tel: (225) 428-7432
BrungardM@ag.louisiana.gov
Smithkel@ag.louisiana.gov
Counsel for the State of Louisiana

SEAN D. REYES
Attorney General of Utah

/s/ Kathy A. F. Davis
Kathy A. F. Davis
*Assistant Attorney General*
Utah Attorney General's Office
1594 W. North Temple Street, Suite 320
Salt Lake City, UT  84116
kathydavis@agutah.gov
Counsel for the State of Utah

JOINT STATUS REPORT – 5

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General
James Lloyd
Deputy Attorney General for Civil Litigation
KELLIE E. BILLINGS-RAY
Chief, Environmental Protection Division

/s/ Ariel San Miguel
ARIEL SAN MIGUEL
*Assistant Attorney General*
ariel.sanmiguel@oag.texas.gov
Office of the Attorney General of Texas
Environmental Protection Division
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
(512) 936-1419 | Fax: (512) 320-0911
Counsel for the State Of Texas


AUSTIN KNUDSEN
Attorney General of Montana

/s/ Christian B. Corrigan
CHRISTIAN B. CORRIGAN
Solicitor General
Montana Department of Justice
215 N. Sanders Street
Helena, Montana 59601
(406) 444-2707
christian.corrigan@mt.gov
Counsel for the State of Montana

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 18th day of September, 2025, I electronically filed the foregoing with the Clerk of the U.S. District Court for the District of North Dakota and served all parties using the CM/ECF system.

<u>/s/ *Sean M. Corkery*</u>